UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACINTO LADINO,

                *Plaintiff*,

   -against-

MARCOS CORDOVA and THE RIDGEWOOD ALE
HOUSE INC.,

                *Defendants*.

21-CV-2449 (ARR) (SJB)

<u>NOT FOR ELECTRONIC
OR PRINT PUBLICATION</u>

**ORDER**

ROSS, United States District Judge:

      I have received the Report and Recommendation on the instant case dated February 14, 2024, from the Honorable Sanket J. Bulsara, United States Magistrate Judge. *See* R. & R., ECF No. 110. The deadline for filing objections has passed and no objections have been filed. Accordingly, I have reviewed the Report and Recommendation for clear error on the face of the record. *See Finley v. Trans Union, Experian, Equifax*, No. 17-CV-371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Finding no clear error, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's motion for default judgment is granted. The clerk of court is respectfully directed to enter judgment for plaintiff in accordance with the Report and Recommendation.

SO ORDERED.

                                   _____/s/_____
                                   Allyne R. Ross
                                   United States District Judge

Dated:      March 6, 2024
              Brooklyn, New York